1  BRUCE C. YOUNG, ESQ., Bar #5560
   PETER D. NAVARRO, ESQ., Bar #10168
2  LITTLER MENDELSON
   3960 Howard Hughes Parkway, Suite 300
3  Las Vegas, NV  89169-5937
   Telephone:    702.862.8800
4  Fax No.:      702.862.8811

5  Attorneys for Defendant
   VEGAS VALLEY REHABILITATION HOSPITAL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIELLE DANIELS, an individual, | Case No. 2:11-CV-00252-KJD-LRL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| VEGAS VALLEY REHABILITATION HOSPITAL, an unknown entity; ROES and DOES I-X; inclusive, | |
| Defendant. | |

Plaintiff Danielle Daniels ("Plaintiff") and Defendant THI of Nevada at Vegas Valley, LLC d/b/a Vegas Valley Rehabilitation Hospital ("Defendant"), erroneously named as Vegas Valley Rehabilitation Hospital, by and through their respective counsel of record, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a) to dismiss, with prejudice, all causes of action asserted in this lawsuit by Plaintiff against Defendant.

Accordingly, the parties stipulate to and respectfully request an order dismissing this action in its entirety with prejudice as to all parties named herein.

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

The parties agree and acknowledge that each party shall bear their own costs and attorneys fees for the claims and causes of action dismissed by this stipulation and order. Further, the parties request that the Court retain jurisdiction over any disputes arising under the parties' out-of-court resolution of this matter.

Dated: May 25, 2011

Respectfully submitted,

_____
BRUCE C. YOUNG, ESQ.
PETER D. NAVARRO, ESQ.
LITTLER MENDELSON

Attorneys for Defendant

Dated: May 25, 2011

Respectfully submitted,

/s/ Sharon L. Nelson
_____
SHARON L. NELSON

Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

DATED: 6/3/11

_____
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800

2.